UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   4:16CR00157AGF |
| ) | |
| MICHAEL H. LITZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendants Michael H. Litz and Shaun R. Hayes were charged in an Indictment on April 13, 2016, with bank fraud related to activities from 2007 to August 2009, involving Excel Bank and Centrue Bank, and with misapplication of bank funds alleged to have occurred on or about August 31, 2009.  On January 31, 2017, a Superseding Indictment was filed, realleging the three counts of the original Indictment, and adding further charges including conspiracy to commit the bank fraud alleged in Count I, specific acts of bank fraud, misapplication of bank funds, and making a false entry in bank books, all related to the same time period as the original Indictment.   All pretrial motions were referred to Magistrate Judge David D. Noce pursuant to 28 U.S.C. § 636(b).

On April 24, 2017, Defendant filed a motion to dismiss the Indictment and Superseding Indictment, based on claims of prejudicial preindictment delay.   (ECF No. 120.)   The Government opposed the motion.   On May 2, 2017, Judge Noce held a hearing

on Defendant's Motion to Dismiss.[1]  At the hearing, neither party offered evidence, and instead presented the matter on the facts set forth in the motion and in the Government's response.  On May 18, 2017, Magistrate Judge Noce reviewed the motion and filed a Report and Recommendation ("R&R") that the motion be denied.  (ECF No. 130.)  Defendant filed objections to the R&R, and the United States filed a response.

I have performed a *de novo* review of Defendant's motion to dismiss and the related briefs.  I agree with Judge Noce's recommendation that the motion should be denied, for the reasons stated in the R&R.  Further, although Defendant has not met his burden to establish any real prejudice from the loss of any documents Defendant purged, it appears that any such prejudice was a result of Defendant's own, preventable conduct, as Defendant chose to purge the documents at issue after having notice of a federal investigation and the receipt of a grand jury subpoena.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge David D. Noce is adopted and incorporated herein.  [ECF No. 130.]

**IT IS FURTHER ORDERED** that Defendant Michael H. Litz's Motion to Dismiss the Indictment for Prejudicial Preindictment Delay is **DENIED**.  [ECF No. 120.]

---

[1] At the Arraignment, on April 24, 2017, Defendant also made an oral motion to suppress (ECF No. 23), and the United States made an oral motion for a determination of the admissibility of arguably suppressible evidence (ECF No. 24).  However, neither party proceeded further with respect to written motions regarding these matters, as required by the Magistrate Judge's orders, and therefore these motions will be dismissed as moot.

**IT IS FURTHER ORDERED** that Defendant's Oral Motion to Suppress and the Government's Oral Motion for Determination of the Admissibility of Arguably Suppressible Evidence are **DENIED as moot**.   [ECF Nos. 23 & 24.]

**IT IS FURTHER ORDERED**, as pretrial matters related to Co-Defendant Shaun R. Hayes have now been concluded, that this case is set for a jury trial on **Tuesday, September 5, 2017, at 9:00 a.m.**

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2017.