UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CR-00157-AGF |
| MICHAEL H. LITZ, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before the court on Defendant Michael Litz's Second Motion to Extend Date for Service of Sentence (ECF NO. 269).  This is the second time that Mr. Litz has elected to file a motion to extend the date for service of his sentence on the eve of his reporting date.  The Court was willing to extend Defendant's reporting date previously for two weeks, to permit him to exchange information with his new counsel.  However, as stated in this Court's prior Order, the Defendant does not meet the requirements for remaining on bond pending his appeal, and the grounds Defendant now asserts do not warrant any further extension of the reporting date.

Accordingly, Defendant's Second Motion for Extension of Date for Commencement of Sentence is **DENIED**.  Defendant shall report for the service of his sentence at **USP Marion, 4500 Prison Road, Marion, Illinois no later than 1:00 p.m. today.**

Dated this 17th day of July, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE